IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BILLY RAY MCCAULEY, JR.                                                                  PLAINTIFF

v.                                            Civil No. 4:16-cv-04001

OFFICER TURNER; SGT. CATO;
CPT. JOHNNY GODBOLT; LT. HEATH ROSS;
and SHERIFF JAMES SINGLETON                                                         DEFENDANTS

## ORDER

This is a civil rights action filed by Plaintiff, Billy McCauley, Jr., pursuant to the provisions of 42 U.S.C. § 1983 case.  Plaintiff proceeds *pro se* and *in forma pauperis.*  Currently before the Court is Plaintiff's Motion for Settlement Conference.  ECF No. 24.  Defendants have filed a Response in Opposition.  ECF No. 25.

This matter is set for a bench trial on April 3, 2017 in Texarkana, Arkansas.  Plaintiff may contact counsel for Defendants at any time prior to the trial to discuss possible settlement without a formal conference.

Accordingly, Plaintiff's Motion for Settlement Conference (ECF No. 24) is **DENIED.**

**IT IS SO ORDERED this 1st day of December 2016**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE