IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BILLY RAY MCCAULEY, JR.                                                                PLAINTIFF

v.                                    Civil No. 4:16-cv-04001

OFFICER TURNER; SGT. CATO;
CPT. JOHNNY GODBOLT; LT. HEATH ROSS;
and SHERIFF JAMES SINGLETON                                                            DEFENDANTS

## ORDER

This is a civil rights action filed by Plaintiff, Billy McCauley, Jr., pursuant to the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.* Currently before the Court is Defendants' Motion for Summary Judgment. ECF No. 27.

This matter is set for a bench trial on April 3, 2017 in Texarkana, Arkansas. The deadline for Defendants to file a motion for summary judgment was August 1, 2016. ECF No. 11. In addition, counsel for Defendants notified the Court on August 1, 2016, they would not be filing a motion for summary judgment. ECF No. 20.

Accordingly, Plaintiff's Motion for Summary Judgment (ECF No. 27) is **DENIED.**

**IT IS SO ORDERED this 5th day of January 2017**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE