IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BILLY RAY MCCAULEY, JR.                                                             PLAINTIFF

v.                              Civil No. 4:16-cv-04001

OFFICER TURNER; SGT. CATO;
CPT. JOHNNY GODBOLT; LT. HEATH ROSS;
and SHERIFF JAMES SINGLETON                                                DEFENDANTS

**ORDER**

Plaintiff Billy Ray McCauley, Jr. filed his complaint in this matter *pro se* on January 4, 2016.  ECF No. 1.  The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 12.  A trial date has been set for Monday, April 3, 2017, in Texarkana, Arkansas.

On November 16, 2016, I entered a Final Scheduling Order setting deadlines for the submission of information by all parties.  ECF No. 23.  Before the Court is Plaintiff's failure to submit information required by the Final Scheduling Order.  The Final Scheduling Order required Plaintiff and Defendants to submit their list of witnesses they intend to call for trial and a list of exhibits they intend to use by March 4, 2017.  ECF No. 23.  To date, Plaintiff has not submitted his list of witnesses or his list of exhibits.

**Plaintiff is ORDERED to submit his list of witnesses and exhibits to the Court by Monday, March, 20, 2017.  Failure to comply with this Order will result in the Complaint becoming subject to summary dismissal for failure to obey an order of the Court.**

1

**IT IS SO ORDERED** this 8th day of March 2017.

/s/ Barry A. Bryant<br>
HON. BARRY A. BRYANT<br>
UNITED STATES MAGISTRATE JUDGE